PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

IN THE UNITED STATES DISTRICT COURT
FOR THE __Southern__ DISTRICT OF TEXAS
__Houston__ DIVISION

United States Courts
Southern District of Texas
**FILED**

APR 21 2025

Nathan Ochsner, Clerk of Court

__Tony Canandus Curry 1248123__
Plaintiff's Name and ID Number

__Robertson Unit__
Place of Confinement

CASE NO. _____
(Clerk will assign the number)

v.

__Montford Unit 8602 Reach Ave__
__Lubbock TX 79404__
Defendant's Name and Address

__A District Court__
Defendant's Name and Address

__Bible Life Study__
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES _X_ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

       1. Approximate date of filing lawsuit: Does not pertain to me N/A

       2. Parties to previous lawsuit:
          Plaintiff(s) Does not pertain to me N/A
          Defendant(s) Does not pertain to me N/A

       3. Court: (If federal, name the district; if state, name the county.) N/A

       4. Cause number: N/A

       5. Name of judge to whom case was assigned: N/A

       6. Disposition: (Was the case dismissed, appealed, still pending?) N/A

       7. Approximate date of disposition: N/A

II. PLACE OF PRESENT CONFINEMENT: _Robertson Unit_

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES  ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _____

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _Pt. James Montford Unit 8602 Peach Ave Lubbock TX 79404_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Expose my hand and sold it to Magazine company_

Defendant #2: _A District Court address unknown_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Expose my hand and sold it too a Magazine company_

Defendant #3: _The Bible Life Study or named Bible Study for Life Address unknown_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Made a deal and bought picture_

Defendant #4: _Our Daily Bread_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Wrote article on my hand_

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

My hand was slammed in a tray slot and was left swollen cut and bleeding on Montford Unit the sergent took a picture and I filed a lawsuit. A year later I seen a picture of my hand with a bandage on the same right finger I had a bandage on in a magazine this is unfair a picture was sold.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like compensation for the sold picture of my hand "Money"

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
T-Krazie and BabyGod

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
1248123

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ___YES ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied?  ___YES ✓NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?  ☒ YES ☒ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): ~~South~~ Northern District N/A
2. Case number: 4:23-v-02232 N/A
3. Approximate date warning was issued: Unknown, N/A

Executed on: 4-10-25
DATE

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___10___ day of ___April___, 20_25_.
         (Day)              (month)          (year)

_____
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

5

# CORRECTIONAL MANAGED HEALTH CARE
## Nursing Clinic Note

Name: CURRY, TONY C
TDCJ#: 1248123

Date: 02/06/2024 11:17
Facility: MONTFORD (JM)

Age: 38      DOB: ▓▓▓▓1986      Sex: Male      Race: BLACK      DOI: 6/9/2004

Patient Language: ENGLISH

**Most recent vitals from 2/6/2024:**

| BP: 117 / 80 (Sitting) | Weight: 148.4 Lbs. | Height: 67 In. | BMI: 23 (% Diff: 0.00) |
| Pulse: 117 (Sitting) | Resp: 18 / min | Temp: 98.1 (Forehead) | O2 Sat: 100% RA |

**Allergies:** NO KNOWN ALLERGIES

**Current Medications:**

ARIPIPRAZOLE 10MG TABLET
1 TABS ORAL EVERY EVENING for 30 Days
REFILLS: 0 / 2
EXPIRATION DATE: 4/17/2024 12:58:00PM

RX ID: 34811502
COMPLIANCE: 95.00 %
ORDERING PROVIDER: MCCADNEY, JACQUEL
ORDERING FACILITY: MONTFORD PSYCHIATRIC (JM)

DIVALPROEX SOD 250MG DR TABLET
1 TABS ORAL TWICE DAILY (NOON & EVENING) for 30 Days
REFILLS: 0 / 11
EXPIRATION DATE: 1/23/2025 05:28:00PM

RX ID: 34863754
COMPLIANCE: 72.22 %
ORDERING PROVIDER: FLORES, ANGELICA K
ORDERING FACILITY: MONTFORD PSYCHIATRIC (JM)

| Is this visit the result of a Sick Call Request? | X | YES |
| --- | --- | --- |
| | | NO |

| | Vital signs within normal limits | |
| --- | --- | --- |
| | Provider notified – vital signs outside of normal parameters as follows: | |
| | X | Blood pressure less than 90/60 or greater than 180/110 |
| | | Pulse less than 50/min or greater than 110/min |
| | | Temperature greater than 101°F (oral) |
| | | Respirations greater than 22/min |

**Today's Problem:** WANTS A BACK BRACE FOR SCOLIOSIS

S: THE INMATE STATES THAT HE HAS HAD SCOLIOSIS SINCE HE WAS ABOUT 14. HE IS WANTING THE BACK BRACE. HE STATED THAT HE HAS A HARD TIME SITTING UP, AND MAINTAINING HIS POSTURE.

O: THE INMATE WAS TOLD THAT HE DOES NOT QUALIFY FOR A BACK BRACE AT THIS TIME. HE ALSO ASKED FOR A DOUBLE BLANKET. HE WAS TOLD THAT IT WAS NOT POSSIBLE AT THE TIME OF HIS VISIT. I ASKED HIM IF HE WOULD LIKE ME TO ORDER HIM SOMETHING FOR HIS DISCOMFORT COMPALINT, HE JUST SAID "I'M DONE". HE STOOD UP AND LEFT THE INFIRMARY. NO TREATMENT RENDERED

A: RELEASED TO SECURITY

Plan is as follows:
FOLLOW UP IN THE INFIRMARY AS NEEDED VIA SCR

1 of 3



**PSALM 13**          MONDAY | DECEMBER 30

How long, LORD? Will you forget me forever?
[ PSALM 13:1 ]

## WHY ME, GOD?

Jim has been battling a motor neuron disease for more than a year. The neurons in his muscles are breaking down, and his muscles are wasting away. He's lost his fine-motor skills and is losing his ability to control his limbs. He can no longer button his shirt or tie his shoelaces, and using a pair of chopsticks has become impossible. Jim struggles with his situation and asks, *Why is God allowing this to happen? Why me?*

He's in good company with many other believers in Jesus who have brought their questions to God. In Psalm 13, David cries out, "How long, LORD? Will you forget me forever? How long will you hide your face from me? How long must I wrestle with my thoughts and day after day have sorrow in my heart?" (vv. 1-2).

We too can take our confusion and questions to God. He understands when we cry out "How long?" and "Why?" His ultimate answer is given to us in Jesus and His triumph over sin and death.

As we look at the cross and the empty tomb, we gain confidence to trust in God's "unfailing love" (v. 5) and rejoice in His salvation. Even in the darkest nights, we can "sing the LORD's praise, for he has been good to [us]" (v. 6). Through our faith in Christ, He's forgiven our sins, adopted us as His children, and is accomplishing His eternal good purpose in our lives.     *POH FANG CHIA*

What questions do you need to bring to God? How has He shown His goodness to you, even in your darkest night?

*Loving Father, thank You that You care for me. Please help me to trust that You're making something beautiful of my life.*

**BIBLE IN A YEAR** | ZECHARIAH 13-14; REVELATION 21

**ISAIAH 48:12-19**     TUESDAY | **DECEMBER 31**

My own hand laid the foundations of the earth, and my right hand spread out the heavens. [ ISAIAH 48:13 ]

# THE HAND OF GOD

In 1939, with the recent outbreak of war for Britain, King George VI sought in his Christmas Day radio broadcast to encourage citizens of the United Kingdom and the Commonwealth to put their trust in God. Quoting a poem that his mother found precious, he said: "Go out into the darkness, and put your hand into the Hand of God. / That shall be to you better than light, and safer than a known way." He didn't know what the new year would bring, but he trusted God to "guide and uphold" them in the anxious days ahead.

The image of God's hand appears in many places in the Bible, including in the book of Isaiah. Through this prophet, God called His people to trust that He as their Creator, "the first and . . . the last" (ISAIAH 48:12), would remain involved with them. As He says, "My own hand laid the foundations of the earth, and my right hand spread out the heavens" (v. 13). They should put their trust in Him and not look to those less powerful. After all, He's their "Redeemer, the Holy One of Israel" (v. 17).

Whatever we face as we look toward the new year, we can follow the encouragement of King George and the prophet Isaiah and place our hope and trust in God. Then, for us too, our peace will be like the river, our "well-being like the waves of the sea" (v. 18).

*AMY BOUCHER PYE*

As you consider the new year, what situations or relationships could you entrust to God? How does the image of His hand speak to you?

*All-powerful God, You created the heavens and the earth and yet You cherish me. I place my trust in You.*

**BIBLE IN A YEAR** | MALACHI 1-4; REVELATION 22



Terry Curry 1248123
Robertson Unit
12071 FM 3522
Abilene TX 79601

United States Courts
Southern District of Texas
FILED
APR 21 2025
Nathan Ochsner, Clerk of Court

United States District Clerk
PO Box 61010
Houston TX 77208